In the Matter of the Application for DIS-CIPLINARY ACTION AGAINST De-Layne G. NASSIF, a Member of the Bar of the State of North Dakota.

DISCIPLINARY BOARD OF the SU-PREME COURT OF the STATE of North Dakota, Petitioner,

v.

DeLayne G. NASSIF, Respondent.

No. 920374.

Supreme Court of North Dakota.

Aug. 3, 1994.

## ORDER OF SUSPENSION

By opinion filed August 10, 1993, this Court publicly reprimanded DeLayne G. Nassif, an attorney licensed in North Dakota, and ordered him to achieve a score of at least 80 on the Multistate Professional Responsi-

bility Examination and to certify compliance to the Disciplinary Board by July 31, 1994. This Court further stated that the Board's notification of Nassif's failure to comply would result in an automatic and indefinite suspension of Nassif's license to practice law in this State. Mr. Nassif was also ordered to pay $512 in costs.

On August 2, 1994, Vivian E. Berg, Disciplinary Counsel, notified this Court that Mr. Nassif had failed to comply with this Court's directive. Therefore,

IT IS ORDERED, that the license to practice law in the State of North Dakota of DeLayne G. Nassif is indefinitely suspended until further order of this Court. Under the August 10, 1993, opinion, this suspension is effective August 1, 1994.

/s/ Gerald W. VandeWalle
GERALD W. VANDE WALLE
Chief Justice

/s/ Herbert L. Meschke
HERBERT L. MESCHKE
Justice

/s/ Beryl J. Levine
BERYL J. LEVINE
Justice

/s/ William A. Neumann
WILLIAM A. NEUMANN
Justice

/s/ Dale V. Sandstrom
DALE V. SANDSTROM
Justice